## JEFFREY TATE *v.* COMMISSIONER OF CORRECTION
### (AC 30807)

DiPentima, C. J., and Gruendel and Lavine, Js.

Submitted on briefs May 27—officially released June 21, 2011

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* TERESA J.
### (AC 31418)

Gruendel, Beach and Peters, Js.

Argued June 2—officially released June 21, 2011

Per Curiam. The judgment is affirmed.

## RAYMOND APONTE *v.* COMMISSIONER OF CORRECTION
### (AC 31824)

Gruendel, Beach and Peters, Js.

Argued June 2—officially released June 21, 2011

Per Curiam. The appeal is dismissed.